**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 25-1131

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. 09958549 (Class A)** |
| **QUINTON S. RAUGHLEY** | ] | |
| | ] | **COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Kyle J. Paladino,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **28th day of February 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**QUINTON S. RAUGHLEY** did commit:

Possession of a firearm in a federal facility in violation of 18 U.S.C. 930.

The name of the Complainant is **Kyle J. Paladino.**

**KYLE J. PALADINO, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 10TH DAY OFJULY 2025.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on 28 Feb, 20 23 while exercising my duties as a law enforcement officer in the Federal District of NJ

During an inventory Search of defendants vehicle a loaded firearm was found in an unlocked Case in the trunk of the vehicle. The weapon 9mm Smith & Wesson Pistol, 9mm rounds (21) in a 33rd magazine were seized and no identifiable Serial number was found on the pistol or slide. Citation will be certified mailed to the subject.

The foregoing statement is based upon:

- ☑ my personal observation ☑ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have ~~set forth~~ above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/28/2023 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 03/24/2023 13:20